UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Ma. Guadalupe Castrillon- )<br>Aguilera )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08MJ0589<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/<u>Magistrate Judge</u>, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Nicolasa Amador - De Brenes

DATED: 3-11-08

RECEIVED _____
             DUSM

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk