# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
          Plaintiff )

vs. )

Maria Guadalupe Castrillon - )
        Aguilera )

      Defendant(s) )

CRIMINAL NO. _O8CR732 - JAH_

ORDER

RELEASING MATERIAL WITNESS

Booking No. _07363298_

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Nicolasa Amador - De Brenes_

DATED: _3 - 13 - 08_

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         **Deputy Clerk**

**RECEIVED** _____
        **DUSM**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082