AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| Maria GUADALUPE CASTRILLON-AGUILERA | CASE NUMBER: 08CR732-JAH  08MJ0589 |

#30

I, Maria GUADALUPE CASTRILLON-AGUILERA, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Maria Guadalupe Castrillón Aguilera
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

Translated into Spanish by me on this day
3/6/08
MARIA BROWER